IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ABDIAS CALDERON NUNEZ, | : | CIV. NO. 26-1829 (RMB) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| | : | |
| WARDEN, F.C.I. FORT DIX, et al., | : | |
| Respondents. | : | |

This matter comes before the Court upon the emergency petition for writ of habeas corpus under 28 U.S.C. § 2241 (Pet., Dkt. No. 1), and motion for temporary restraining order/preliminary injunction filed by Abdias Calderon Nunez, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey. Petitioner challenges an expedited final order of removal issued by the Department of Homeland Security on January 16, 2026. Petitioner has not paid the $5.00 filing fee for a habeas petition required by 28 U.S.C. § 1914(a), nor has Petitioner alternatively submitted a properly completed application to proceed *in forma pauperis* ("IFP application") under 28 U.S.C. § 1915(a), which provides:

> (a)(1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

> (2) A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

United States District Court, District of New Jersey Local Civil Rule 54.3(a) states:

> Except as otherwise directed by the Court, the Clerk shall not be required to enter any suit, file any paper, issue any process or render any other service for which a fee is prescribed by statute or by the Judicial Conference of the United States, nor shall the Marshal be required to serve the same or perform any service, unless the fee therefor is paid in advance. The Clerk shall receive any such papers in accordance with L.Civ.R. 5.1(f).

**IT IS** therefore on this **26th day of February 2026**,

**ORDERED** that the Clerk of the Court shall administratively terminate this matter for nonpayment of the filing fee; and it is further

**ORDERED** that, to reopen this matter, Petitioner shall submit the $5.00 filing fee or alternatively complete and submit the enclosed IFP application within 30 days from the date of entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order, and an IFP application, "Affidavit of Poverty and Certification (Habeas Corpus)" upon Petitioner by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**Chief United States District Judge**
